UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARVIN MARTIN,

    Plaintiff, :

  v.                                        Case No. 2:20-cv-5699
                                               Judge Sarah D. Morrison
                                               Magistrate Judge Chelsey M.
COMMISSIONER OF                        Vascura
SOCIAL SECURITY, :

    Defendant.

## ORDER

This matter is before the Court on the November 1, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 18.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **AFFIRMED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    IT IS SO ORDERED.

                                                 /s/ Sarah D. Morrison
                                                 SARAH D. MORRISON
                                                 UNITED STATES DISTRICT JUDGE